**F I L E D**
CLERK, U.S. DISTRICT COURT

9/26/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ TV _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

June 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>MATEO PAUL,<br>     aka "Infant Bix,"<br>LEANDREW RAGLIN,<br>     aka "CJ," and<br>IYSIS ELANORE SMITH,<br>     aka "justkallmebrowneyes,"<br><br>          Defendants. | CR 23-116(A)-FLA<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 1951(a): Conspiracy to Interfere with Commerce by Robbery and Interference with Commerce by Robbery; 18 U.S.C. §§ 924(c)(1)(A)(ii), (iii): Possess, Use, Carry, Brandish, and Discharge a Firearm in Furtherance of and During and in Relation to a Crime of Violence, Resulting in Death] |

The Grand Jury charges:

COUNT ONE

[18 U.S.C. § 1951(a)]

[ALL DEFENDANTS]

A.   INTRODUCTORY ALLEGATION

At times relevant to this Indictment, Victim 1 and Victim 2 were unlicensed marijuana dealers in Los Angeles County, California, and sold and distributed marijuana, a federally regulated and controlled substance, in and affecting interstate and foreign commerce.

B.    OBJECT OF THE CONSPIRACY

Beginning on a date unknown, and continuing to on or about March 16, 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendants MATEO PAUL, also known as ("aka") "Infant Bix," LEANDREW RAGLIN, aka "CJ," and IYSIS ELANORE SMITH, aka "justkallmebrowneyes," conspired with each other to knowingly and intentionally interfere with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a).

C.    MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

1.    Defendants PAUL, RAGLIN, and SMITH would meet at a residence in Inglewood, California, to plan a robbery to obtain marijuana.

2.    Defendant PAUL would provide Instagram names of marijuana dealers to defendant SMITH for defendant SMITH to contact on Instagram, including the name of the victim dealer.

3.    Defendant SMITH, via Instagram, would contact the victim dealer identified by defendant PAUL to arrange what the victim dealer would believe to be a marijuana purchase, but was in fact a ruse to lure the victim dealer to the location so that defendants PAUL, RAGLIN, and SMITH could rob him.

4.    Defendant SMITH, via Instagram, would order marijuana from the victim dealer and arrange a meeting with the victim dealer.

5.    In the presence of defendant SMITH, defendants PAUL and RAGLIN would discuss using a firearm in the robbery if the victim dealer did not quickly surrender his marijuana.

2

6.    In the presence of defendants SMITH and RAGLIN, defendant PAUL would reveal a firearm he kept at his waistband.

7.    Defendant PAUL would provide the firearm to defendant RAGLIN to use in the robbery.

8.    Defendant SMITH would approach the victim dealer on foot, while defendants PAUL and RAGLIN would drive in a white Buick to rob the victim dealer.

9.    Defendant SMITH would distract the victim dealer by pretending to look at the marijuana available for purchase while defendant RAGLIN would pull out a gun to rob the victim dealer.

10.    Defendant RAGLIN would rob the victim dealer at gunpoint in order to complete the robbery.

D.    OVERT ACTS

In furtherance of the conspiracy, and to accomplish the object of the conspiracy, on or about the following dates, defendants PAUL, RAGLIN, and SMITH, and others, committed various overt acts within the Central District of California, including, but not limited to, the following:

Overt Act No. 1:    On March 15, 2021, defendants met at a residence in Inglewood, California (the "Inglewood Residence"), to plan a robbery in order to obtain marijuana.

Overt Act No. 2:    On March 15, 2021, defendant PAUL provided Instagram names of marijuana dealers to defendant SMITH for defendant SMITH to contact on Instagram, including the name of the victim dealer.

Overt Act No. 3:    On March 15, 2021, defendant SMITH, via Instagram, and at defendant PAUL's direction, contacted the victim dealer to arrange what the victim dealer believed to be a marijuana

3

purchase, but was in fact a ruse to lure the victim dealer to a location where defendants PAUL, RAGLIN, and SMITH could rob him.

Overt Act No. 4:   On March 15, 2021, in the presence of defendant SMITH, defendants PAUL and RAGLIN discussed using a firearm in the robbery if the victim dealer did not quickly surrender his marijuana.

Overt Act No. 5:   On March 15, 2021, defendant PAUL revealed a firearm he kept at his waistband to defendants RAGLIN and SMITH.

Overt Act No. 6:   On March 15, 2021, defendant PAUL provided the firearm to defendant RAGLIN to use in the robbery.

Overt Act No. 7:   On March 15, 2021, defendant SMITH walked to the victim dealer's car, at the meeting location she had arranged with the victim dealer via Instagram messages.

Overt Act No. 8:   On March 15, 2021, defendant SMITH approached the victim dealer's car driven by Victim 1, with Victim 2 in the passenger seat.

Overt Act No. 9:   On March 15, 2021, defendant SMITH distracted Victim 1 and Victim 2 by discussing the purported marijuana sale with them.

Overt Act No. 10:   On March 15, 2021, defendants PAUL and RAGLIN traveled in a white Buick to the meeting location to conduct the marijuana robbery.

Overt Act No. 11:   On March 15, 2021, while defendant SMITH spoke to Victim 1 and Victim 2 and pretended to look at the marijuana available for purchase, defendants PAUL and RAGLIN parked the white Buick behind the victim dealer's car.

1        Overt Act No. 12:  On March 15, 2021, defendant RAGLIN got out

2  of the white Buick and approached the passenger side of the victim

3  dealer's car.

4        Overt Act No. 13:  On March 15, 2021, defendant RAGLIN, using

5  the firearm provided by defendant PAUL, opened fire at the victim

6  dealer's car, repeatedly wounding Victim 2, the passenger of the

7  victim dealer's car.

8        Overt Act No. 14:  On March 15, 2021, defendant RAGLIN walked

9  around to the driver's side of the victim dealer's car.

10        Overt Act No. 15:  On March 15, 2021, defendant RAGLIN opened

11  fire, striking and, ultimately, killing Victim 1, who was the driver

12  of the victim dealer's car.

13        Overt Act No. 16:  On March 15, 2021, defendant RAGLIN grabbed

14  marijuana dropped around the victim dealer's car containing Victim 1

15  and Victim 2.

16        Overt Act No. 17:  On March 15, 2021, defendant PAUL drove away

17  from the location of the murder-robbery, while defendants RAGLIN and

18  SMITH ran away from the location.

19        Overt Act No. 18:  On March 15, 2021, defendants PAUL and SMITH

20  reconvened at the Inglewood Residence.

21        Overt Act No. 19:  On March 15, 2021, at the Inglewood

22  Residence, defendant PAUL changed out of the clothing he wore during

23  the murder-robbery.

24        Overt Act No. 20:  On March 15, 2021, defendant PAUL, in new

25  clothes so he would not be recognized, returned to the area of the

26  murder-robbery in order to locate defendant RAGLIN.

27        Overt Act No. 21:  On March 16, 2021, defendant RAGLIN returned

28  to the Inglewood Residence.

<u>Overt Act No. 22:</u>   On March 16, 2021, defendants PAUL, RAGLIN, and SMITH divided the marijuana they obtained through the murder-robbery among themselves and smoked some of it.

COUNT TWO

[18 U.S.C. §§ 1951(a), 2(a)]

[ALL DEFENDANTS]

On or about March 15, 2021, in Los Angeles County, within the Central District of California, defendants MATEO PAUL, also known as ("aka") "Infant Bix," LEANDREW RAGLIN, aka "CJ," and IYSIS ELANORE SMITH, aka "justkallmebrowneyes," each aiding and abetting the other, obstructed, delayed, and affected commerce and the movement of articles and commodities in commerce by knowingly and willingly committing robbery, in that defendants PAUL, RAGLIN, and SMITH unlawfully took and obtained property belonging to Victim 1 and Victim 2, marijuana sellers, consisting of marijuana, from the person and in the presence of Victim 1 and Victim 2, against Victim 1's and Victim 2's will, by means of actual and threatened force, violence, and fear of injury, immediate and future, to Victim 1 and Victim 2.

COUNT THREE

[18 U.S.C. §§ 924(c)(1)(A)(ii), (iii), (j)(i), 2(a)]

[ALL DEFENDANTS]

On or about March 15, 2021, in Los Angeles County, within the Central District of California, defendants MATEO PAUL, also known as ("aka") "Infant Bix," LEANDREW RAGLIN, aka "CJ," and IYSIS ELANORE SMITH, aka "justkallmebrowneyes," each aiding and abetting the other, knowingly used and carried a firearm during and in relation to, and possessed the firearm in furtherance of, a crime of violence, namely, interference with commerce by robbery, in violation of Title 18, United States Code, Section 1951(a), as charged in Count Two of this Indictment, and, in so doing, brandished and discharged the firearm.

In the course of discharging this firearm, and through the use of this firearm, defendants PAUL, RAGLIN, and SMITH, each aiding and abetting the other, caused the death of Victim 1, a death that

//

//

1  constituted a murder, as defined in Title 18, United States Code,

2  Section 1111(a).

3                                          A TRUE BILL

4

5                                          ___/S/_____

6                                          Foreperson

7  E. MARTIN ESTRADA
   United States Attorney

8

9

10 MACK E. JENKINS
   Assistant United States Attorney

11 Chief, Criminal Division

12 JOSHUA MAUSNER
   Assistant United States Attorney

13 Chief, Violent & Organized Crime
   Section

14
   CHELSEA NORELL

15 Assistant United States Attorney
   Deputy Chief, Violent &

16 Organized Crime Section

17

18

19

20

21

22

23

24

25

26

27

28