Good day Your Honor,

My name is Omar MecJhelleei Guimont, I am the mother of AveryLucky Berry.

I never imagined myself having to write such a letter and wouldn't wish this upon any parent, or mother. Losing a child, especially at the hands of someone else. To think anyone feels that they have a right to take the life of another, to be a participant in any way, shape or form is wrong, and I do not comprehend. I have always felt that everyone knows right from wrong. We have choices. These individuals made the wrong choice.

My son, my baby, has been my heartbeat since day one. Avery was my child that never left my side. In 26 years of his life, he was probably gone for less than a year. We had some turbulent times, but we came through them together. We went from a living in a family-setting to homeless living in a truck to living in a converted garage. We got through it together we relied on each other, financially, emotionally and spiritually. We talked to each other. We loved each other. We hugged each other. We loved unconditionally. Avery was my loving child, my caring child my stoic child. He was there for everyone and would help anyone. He was the person that opened the door for you, that when there was an elderly person in front of him at the grocery store, he would put their groceries on the conveyor for them. Avery was that friend, that if you needed a place to lay their head, they would be sleep on my floor. If they were hungry, he would feed them whether from my refrigerator or if out he would buy them something from the fast-food place, Avery never wanted them to be less off than him. He wanted his friends to succeed in life just as much as he wanted himself to succeed. He was that child that would fight for you and that would always have your back. If Avery looked at you as his friend, you were his friend.

Avery loved his brother Adam as different as my boys were he had no problem showing his love whether it was talking about each other as brothers do or showing his affection with hugs or kisses on the check. They had their brotherly love, and they had their forever brotherly secrets. Avery had a special bond with his sister Krystal. It was fun to watch, as they never called each other by name they called each other brother/sister. She would be at his basketball games rooting him on and he would be at her performances yelling and clapping for her, they would go places together and sit in the back seat of the car or at the restaurant texting each other instead of having an actual conversation. Avery was the younger brother, but he watched out for his older siblings. Avery was my baller; he played travel basketball from age 6-18. We traveled all over from city-to-city, state-to-state. Avery went straight to varsity in high school and after continued to play in park leagues, basketball was his passion. It kept him fit, busy and he loved it. Avery believed in God and

chose to be baptized. He also chose who he wanted his Godparents to be. His favorite Bible verse was John 3:16. Avery graduated from high school and walked to stage with a big grin on his face. He went to welding school and was so proud when he finally welded his first row of straight lines. At graduation his instructor said Avery wanted to learn and wanted to be the best at it. He worked as a security guard for Prada. He was a plumber's apprentice for Bookers Plumbing. And prior to his death he worked 8 to 12 hours a day six to seven days a week at Systems Transport as a tanker. He loved his job there, one because he worked with his big cousin Derrick who has been a mentor to him throughout his life and two because it allowed him to dream of his future. He wanted to own his own big rig and have his own trucking company. Prior to his passing he learned so much about the mechanics and was learning to drive the big rigs. His face would light up when he came home and talk to me about it.

Averys biological father was not an active part of his life. So, he always said he would be a better father than his was, and he so truly was. Avery was a father, a dad, in every sense of the word. From day one that he found out Dajah was pregnant he was there physically financially and emotionally for her; the day his son Aiden was born was priceless. That was his son his "stinky man". He brought him home from the hospital and was 100% dad, from baths, feedings, changing diapers, and swaddling, He did it all proudly. I remember like 2 weeks after Aiden's birth, Dajah and I woke up, confused, a bit startled, Avery and Aiden were gone. Avery took Aiden out for a father/son day to The Pancake House for strawberry pancakes. After that, that was their thing, strawberry pancakes. Avery always had Aiden, whether driving around with him in the back seat, sitting in his lap while playing video games, on his back while doing push-ups, they danced, they laughed, they had conversations, Aiden would go to sleep holding his daddy's ear, Avery would sing with him play cars, basketball, got for walks, go to the beach, he even taught Aiden how to write his ABC's. He wanted nothing but to be the best dad he could be to his son. And it hurts my heart so bad to know he is no longer here for his son that they took that from him, they took that from Aiden. That Aiden will forever not have his dad. That hurt is worse than the hurt I have of not having my son. They took My son, Adam's brother, Dajah's love, but they took Aiden's father. I have asked Avery's friends and people that knew him best to give me 3 words that they would use to describe the Avery they knew. Some words were used multiple times. These are their responses: REAL, funny, ambitious, leader, determined, loyal, honest, present, confident, provider, loving, a go-getter, caring, genuine, outgoing compassionate, Great father, different, a true friend, kind, warm, dedicated, good listener, resilient, considerate, old soul, talented, humble, trustworthy, reliable, happy, peaceful, talented athlete, dedicated to his son and family, energetic, diligent, strong, eager, committed, intelligent, supportive, a brother, reserved, honorable, courageous, grounded,

respectful, family, driven to succeed. And the best one came from his cousin Derrick, which all he wrote was “SHOULD BE HERE”. As a mother to hear how others viewed him or how he was seen to other people in such a positive way truly made me feel proud to know my son was a Good MAN. My son was not perfect, id be lying if I said he was, but no person is, and no person or persons had the right to take his life.

This murder, because that is what this was, a murder, almost a double murder but for God’s grace Jamal survived, although with lifelong physical, mental and emotional scars. This has left me not only heartbroken with a hole in my heart that will never heal, but an unconscionable anxiety, depression, so many sleepless nights or if I do sleep, I still have nightmares of gunshots. I have an emptiness, a loneliness in me. I have a hard time allowing myself to associate with people. Its hard to explain, but I see my family or friends with their kid’s enjoying life and I think of how I don’t have my son. So, its hard to be around people because I know they don’t understand, and I don’t want to take away other peoples joy or memories due to my hurt. I have a hard time when people say, “I understand I loss my mom or dad”. I want to just scream, “It’s not the same”. I’ve loss my mom and dad as well, but this pain is way different. I loss my son, my child, my baby. And not only did I lose him, I lost him because someone took his life. He wasn’t sick, he wasn’t old, he was murdered. Its not the same. After Averys death, I kept my door open waiting for him to walk through the door. I still have the last text he sent me that night on my phone saying, “be home in 45 minutes”. He never came home. He will never come home. My grandson will never have his dad. Aiden was 3yrs 9 months when Avery passed, he wasn’t there for his 4th birthday, and his absence was felt beyond belief. We all tried our best to make his birthday the best, but you could feel the absence of Avery in every way. I see the effects Avery’s passing has had on Aiden; he’s quiet, introverted, and doesn’t like going outside. Aiden loves to draw, he’s drawn family pictures with his dad in them and now daddy is no longer in the drawings, it hurts his family drawings should show daddy as well. I remember Christmas 2024 when I asked Aiden what he wanted for Christmas, his answer was you can’t get it for me, I asked what was it that he wanted and I would do my best to get it, he said, “I want my daddy” I cried, I’m crying now as I write this. I could only hold him and tell him I’m sorry I want daddy too. He asks to see pictures or videos of his dad, more so now as he’s getting older. He says things that would sink anyone’s heart, like “if my dad were here, he’d teach me to do a backflip, or if my dad were here, he’d teach me to ride my bike. It makes my heart hurt. He tells people very straightforward my dad is dead. A child should not have to utter those words. But my grandson does. We talk, he asks questions, and he has comments and concerns. I let him know how much his daddy loves him. We have our own little dialogue: I say: Aiden, he says: yes Mimi, I say: I love you, he says: I love you too, I say: and guess what else, he says: my daddy loves me more, I say: yes you are very right, your daddy loves you

more. I will always have this little dialogue with him as long as I have breath because I want him to know that yes, his daddy loves him more. When I asked Aiden, what does he want? In reference to the people that killed his daddy, He says, "I don't want them on the streets".

For Daddy's birthday we got his favorite cupcake, and we sang Happy Birthday. For Christmas Aiden decorates the tree with ornaments with daddy picture on them. We visit Daddys grave, we talk, and we release balloons for him, this is not the way that my grandson should be celebrating his dad.

I will forever have our memories, some pictures, a few videos. But I spend his birthday at the cemetery laying flowers. I spend Christmas at the cemetery laying flowers/ I spend March 15th at the cemetery laying flowers. This should not be how a mother celebrates her son.

These three people, Mateo Paul, Leandrew Raglin, and Iysis Smith. They have their lives, they breathe, they see light of day, their families, friends, children can see them, get calls from them, hear their voices, video call and see their faces. I don't have that. I will never have that because of their actions. They, Mateo Paul and Leandrew Raglin have shown no empathy, no remorse. My son was not a gang member, a thug, or even a wannabe, he was not a crip or a blood, as the defense lawyers tried to make him out to be, my son was not even a drug "dealer". My son knew people from all walks of life, different neighborhoods, cities, states and different ethnicities. I miss hearing my sons voice, his laugh, and seeing his smile, watching him play video games, or asking my do I want a Pepsi or vanilla frap from the store, or listening to him tell me about the new restaurant we were going to try because they had good reviews on YELP! or seeing him with Aiden. Avery had his whole life ahead of him, and they took that, Why? I can't have him back. His brother can't have him back, his girlfriend can't have him back, his friends can't have him back, son can't have him back. Avery was MY son, a brother, nephew, cousin, godchild, boyfriend, friend, he was a LIFE, he was a father. Even better yet as Avery would tell us, "I'm the best thing that ever happen to this family". That is my son. The world lost more than they will ever know, but I know. I know what was lost.

Leandrew Raglin: I have no empathy for you as you have none for me, no remorse. You chose to take a Life. You chose to do wrong. You chose the lifestyle that you wanted to live. I know it's the judge's choice of your sentence, but for me, I hope its Life. Life without the possibility of parole. As my son's life you took.

Mateo Paul: I have no empathy for you. You chose the life that you were living and continue to live. You chose to be where you are now. You chose the decisions that ended my son's life. You say nothing. You show no remorse. I understand that it is the judge's choice of your sentence. I know the plea deal that you took and the minimum, but I truly hope the judge hears my plea and maxes you out.

Iysis Smith: I appreciate that you accept, acknowledge and take accountability for your actions. You were wrong, and if not for that call my son and Jamal would not have been there. So, I feel you cannot be let off scot-free. You must spend some time for your part. I do have empathy for you, and I pray you find God in this and a new way in life, a productive way in life.

Thank you, Your Honor, for hearing me out.

Sincerely,

Miss Omar MecJhelleei Guimont


SPINNER PUMP








Aiden
Daddy








CenterlineDrivers.com
ONE POT
Ziploc












NIKE






9


EXIT
LEUZINGER
13






SONY








AveryLucky Emmanuel
Guimont Berry
"Avenue the Great"
son • brother • friend • FATHER
Dec. 21
1994
Mar. 15
2021
"Best thing to ever happen to this family"
I'm going to leave the door open, hoping
Mom


HUB
GYM-RATS








Mimi
MOM
Aider


King Drew
Golden Eagles
FOR LIFE
smartecarte


DECEMBER







