UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

Case No.: 2:23-cr-00116(A)-FLA-2 Date: August 28, 2026

Present: The Honorable FERNANDO L. AENLLE-ROCHA, United States District Judge

Interpreter: N/A

| Twyla Freeman | Susie Galvan | Chelsea Norell |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Custody | Bond | Attorney(s) for Defendant(s): | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 2-Mateo Paul | √ | √ | | Michael S. Chernis, CJA | √ | √ | |

**Proceedings: SENTENCING (NON-EVIDENTIARY)**

The matter is called for hearing. Also present is Supervisory United States Probation and Pretrial Services Officer Melinda Nusbaum and United States Probation and Pretrial Services Officer Jennifer Stanley.

Proposed Conditions of Probation and Supervised Release provided to counsel in open court before commencement of hearing.

For the reasons stated on the record, the sentencing hearing is continued to allow time for the defendant to file objections to the Revised Presentence Investigation Report (Dkt. 438). Defendant's objections are due September 4, 2026. Any response by the government or the United States Probation and Pretrial Services to defendant's objections is due September 11, 2026.

The **sentencing hearing is continued to September 18, 2026, at 9:30 a.m.**

CC: PSA, USM

00 : 58

Initials of Deputy Clerk tf